# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00667-CV

### In re State of Texas *ex rel.* David Escamilla, Travis County Attorney

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### O R D E R

**PER CURIAM**

We grant Carissa Beene's motion to reschedule the show-cause hearing currently set for November 29, 2017.  Therefore, it is hereby ordered that Carissa Beene shall appear in person before this Court on Monday, December 4, 2017, at 1:30 p.m., in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why she should not be held in contempt and have sanctions imposed for her failure to obey our October 12, 2017 order.

It is so ordered November 27, 2017.

Before Justices Puryear, Field, and Bourland